IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01010-LTB-KLM

GARY FOX, an individual,

    Plaintiff,

SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation; and
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,

    Involuntary Plaintiffs,

v.

K-MART CORPORATION, a Michigan corporation,

    Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Motion to Withdraw Appearance (Doc 29 - filed January 20, 2009) is **GRANTED**. April M. Armani is allowed to withdraw as counsel for Defendant herein. Defendant will continue to be represented by Stephen J. Baity of the law firm of Godin & Baity.

Dated: January 22, 2009
_____