**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01010-LTB-KLM

GARY FOX, an individual,
        Plaintiff,

SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation; and
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
        Involuntary Plaintiffs,

v.

K-MART CORPORATION, a Michigan corporation,
        Defendant.

---

**ORDER**

---

      THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice of All Claims Asserted By Involuntary Plaintiffs Securitas Security Services USA, Inc. and Indemnity Insurance Company of North America (Doc 36 - filed April 28, 2009), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE between Involuntary Plaintiffs Securitas Security Services USA, Inc. And Indemnity Insurance Company of North America and Defendant K-Mart Corporation only**, each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:  April 29, 2009