**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01010-LTB-KLM

GARY FOX, an individual,
        Plaintiff,

SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation; and
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
        Involuntary Plaintiffs,

v.

K-MART CORPORATION, a Michigan corporation,
        Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 40 - filed August 31, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

                                           BY THE COURT:

                                           s/Lewis T. Babcock
                                           Lewis T. Babcock, Judge

DATED:   September 1, 2009